MANATT, PHELPS & PHILLIPS, LLP
SHARON BAUMAN (Bar No. CA 179312)
Email: sbauman@manatt.com
STEPHANIE ROESER (Bar No. CA 306343)
Email: sroeser@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: 415.291.7400
Facsimile: 415.291.7474

Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE DBA
BLUE SHIELD OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORI BARNHART, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01384-KJM-DB<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA'S DEADLINE TO ANSWER COMPLAINT; ORDER**<br><br>Complaint Filed: August 4, 2021 |

Plaintiff Tori Barnhart and Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield"), through their counsel of record, stipulate as follows:

1. On or about September 7, 2021, Plaintiff sent Blue Shield a Waiver of the Service of Summons (the "Waiver"), which Blue Shield timely signed and returned.

2. Pursuant to the Waiver, Blue Shield's deadline to respond to the Complaint was set as November 8, 2021.

3. The parties have agreed to extend Blue Shield's deadline to answer the Complaint by one week, from November 8, 2021 to November 15, 2021.

4. The parties respectfully ask the Court to enter the order below.

**SO STIPULATED.**

Dated:  November 8, 2021            WINER, BURRITT & SCOTT, LLP

By: _____
John D. Winer
Matthew Vandall
Michael S. Reeder
Attorneys for Plaintiff
TORI BARNHART


Dated:  November 8, 2021            MANATT, PHELPS & PHILLIPS, LLP

By: _____
Sharon Bauman
Stephanie Roeser
Attorneys for Defendants
CALIFORNIA PHYSICIANS' SERVICE DBA
BLUE SHIELD OF CALIFORNIA

## **ORDER**

The Court ORDERS as follows:

1. Blue Shield's deadline to answer the Complaint is November 15, 2021.

IT IS SO ORDERED.

DATED: November 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE